IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO. 2:23-00112

IMEESHA BRADLEY

## MEMORANDUM OPINION AND ORDER

By motion dated March 25, 2026, defendant requested early release from her term of probation.  See ECF No. 53. The court has considered defendant's background, her performance while on probation, and the recommendation of the United States Probation Office.  The court has also considered the Noncompliance Summary submitted by the Probation Office on defendant.  At this time, defendant has only served approximately half of her 60-month term of probation.  She has, however, repaid her restitution obligation in full.  Upon consideration of all matters before the court, the court does not believe that defendant is an appropriate candidate for early termination of probation at this juncture and **DENIES** defendant's request.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, and the Probation Office of this court.

**IT IS SO ORDERED** this 1st day of July, 2026.

ENTER:

David A. Faber
Senior United States District Judge